No. 22-4405(L)
No. 22-4428
No. 22-4429

_____

IN THE
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

United States of America,

                 Appellee,

vs.

George Alexander Underwood,
Johnny Ricardo Neal, Jr.,
Robert Andrew Sprouse,

                 Appellants.

## UNOPPOSED JOINT MOTION FOR FILING OVERSIZED BRIEF

       Pursuant to Local Rule 32(b) of the Federal Rules of Appellate Procedure, Appellants hereby moves the Court hereby moves this Court for permission to file a brief in excess of the 13,000-word limit imposed by Federal Rule of Appellate Procedure 32(a)(7)(B). Appellants' brief is currently due March 3, 2023.

       Appellants in these consolidated appeals all proceeded to trial in the district court. The trial on a seventeen (17) count second superseding indictment lasted eleven (11) days. The trial transcript contains over 2,300 pages, and the government introduced over 60 exhibits, many of which were multipage exhibits related to wire

1

fraud allegations. Finally, while all counsel have been diligent in working together to consolidate issues and arguments for appeal, the need to present fulsome arguments for all three Appellants regarding multiple issues has required additional arguments to fully protect Appellants' interests.

(Intentionally left blank)

WHEREFORE, Appellants move to exceed the word limitation for opening briefs contained in Appellate Rule 32(a)(7)(B). Appellants' brief is 17,796 words.

Pursuant to Rule 27(a), counsel for Appellants consulted with counsel for Appellee, John Taddei, who has no objection to this request.

Respectfully submitted,

*s/ Elizabeth Franklin-Best*
Elizabeth Franklin-Best, P.C.
3710 Landmark Drive, Suite 113
Columbia, South Carolina 29204
(803) 445-1333
elizabeth@franklinbestlaw.com
**Attorney for Appellant**
**Alexander Underwood**
**Appeal No. 22-4405(L)**

*s/ Clarence Rauch Wise*
305 Main Street
Greenwood, South Carolina 29646
(864) 229-5010
rauchwise@gmail.com
**Attorney for Appellant Johnny Neal**
**Appeal No. 22-4428**

s/ *Emily Deck Harrill*
Assistant Federal Public Defender
Federal Public Defender's Office
1901 Assembly Street, Suite 200
Columbia, South Carolina 29201
Telephone: 803.765.5079
**Attorney for Appellant Robert Sprouse**
**Appeal No. 22-4429**

Columbia, South Carolina
March 3, 2023

3

# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

**No. 22-4405(L); 22-4428, 22-4429**    Caption: **United States of America vs. Underwood, Neal, and Sprouse**

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT
Type-Volume Limit, Typeface Requirements, and Type-Style Requirements

---

**Type-Volume Limit for Briefs:** Appellant's Opening Brief, Appellee's Response Brief, and Appellant's Response/Reply Brief may not exceed 13,000 words or 1,300 lines. Appellee's Opening/Response Brief may not exceed 15,300 words or 1,500 lines. A Reply or Amicus Brief may not exceed 6,500 words or 650 lines. Amicus Brief in support of an Opening/Response Brief may not exceed 7,650 words. Amicus Brief filed during consideration of petition for rehearing may not exceed 2,600 words. Counsel may rely on the word or line count of the word processing program used to prepare the document. The word-processing program must be set to include headings, footnotes, and quotes in the count. Line count is used only with monospaced type. See Fed. R. App. P. 28.1(e), 29(a)(5), 32(a)(7)(B) & 32(f).

---

**Type-Volume Limit for Other Documents if Produced Using a Computer:** Petition for permission to appeal and a motion or response thereto may not exceed 5,200 words. Reply to a motion may not exceed 2,600 words. Petition for writ of mandamus or prohibition or other extraordinary writ may not exceed 7,800 words. Petition for rehearing or rehearing en banc may not exceed 3,900 words. Fed. R. App. P. 5(c)(1), 21(d), 27(d)(2), 35(b)(2) & 40(b)(1).

---

**Typeface and Type Style Requirements:** A proportionally spaced typeface (such as Times New Roman) must include serifs and must be 14-point or larger. A monospaced typeface (such as Courier New) must be 12-point or larger (at least 10½ characters per inch). Fed. R. App. P. 32(a)(5), 32(a)(6).

---

This brief or other document complies with type-volume limits because, excluding the parts of the document exempted by Fed. R. App. R. 32(f) (cover page, disclosure statement, table of contents, table of citations, statement regarding oral argument, signature block, certificates of counsel, addendum, attachments):

☒     this brief or other document contains  <u>187</u>  [state number of] words

☐     this brief uses monospaced type and contains _____ [state number of] words

This brief or other document complies with the typeface and style requirements because:

☒     this brief or other document has been prepared in proportionally spaced typeface using <u>Microsoft Word</u> [*identify word processing program*] in <u>Garamond (14-Point)</u> [*identify font size and type style*]; or

☐     this brief or other document has been prepared in monospaced typeface using _____ [*identify word processing program*] in _____ [*identify font size and type style*.

*s/Betsy Franklin-Best*
Party Name: <u>Appellant Sprouse</u>
Dated: <u>March 3, 2023</u>